1  Sean O. Anderson
2  Acting Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Docket Number  6:20-po-00275-JDP |
12 |         Plaintiff,          |                                   |
13 |         v.                  | **MOTION TO DISMISS; AND**        |
14 |                             | **ORDER THEREON**                 |
15 | LANCE I. MULL,              |                                   |
16 |         Defendant.          |                                   |

17

18     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19 endorsed hereon, the United States hereby moves the Court for an order of dismissal without

20 prejudice and in the interest of justice.

21

22     Dated:  September 22, 2020            /S/ Sean O. Anderson
                                             Sean O. Anderson
23                                           Acting Legal Officer
                                             Yosemite National Park
24

25

26

27

28

                                             1

**ORDER**

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Lance Mull*, 6:20-po-00275-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   September 22, 2020

UNITED STATES MAGISTRATE JUDGE